KCB:IC
F. #2022R00394

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
\*   OCTOBER 25, 2023   \*
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ANRIQUE GRIGGSBY,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 23-CR-425
(T. 18, U.S.C., §§ 982(a)(1), 982(b)(1), 1957(a) and 3551 et seq.; T. 21, U.S.C., § 853(p))

Judge Eric N. Vitaliano
Magistrate Judge Taryn A. Merkl

THE GRAND JURY CHARGES:

MONEY LAUNDERING – UNLAWFUL MONETARY TRANSACTIONS

1. In or about and between February 2022 and March 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ANRIQUE GRIGGSBY did knowingly and intentionally engage in one or more monetary transactions by, through and to a financial institution in and affecting interstate and foreign commerce in criminally derived property of a value greater than $10,000 that was derived from a specified unlawful activity, to wit: bank fraud, in violation of Title 18, United States Code, Section 1344.

(Title 18, United States Code, Section 1957(a) and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982(a)(1), which requires any person convicted of such

offense to forfeit any property, real or personal, involved in such offense, or any property traceable to such property.

    3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

    (Title 18, United States Code, Sections 982(a)(1) and 982(b)(1); Title 21, United States Code, Section 853(p))

A TRUE BILL

_____
FOREPERSON

*By Carolyn Pokorny, Assistant U.S. Attorney*
_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2022R00394
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

ANRIQUE GRIGGSBY,

Defendant.

# INDICTMENT

(T. 18, U.S.C. §§ 982(a)(1), 982(b)(1), 1957(a), and 3551 et seq.; T. 21, U.S.C. § 853(p))

*A true bill.*

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

_____

*Irisa Chen, Assistant U.S. Attorney (718) 254-6124*